IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NICHOLAS J. ELY, | |
| Plaintiff, | **4:25CV3242** |
| vs. | |
| ROB JEFFREYS, Director of the Nebraska Department of Correctional Services, in his official capacity; and CRAIG GABLE, Warden of the Reception and Treatment Center, in his official capacity; | **ORDER** |
| Defendants. | |

**IT IS ORDERED** that the motion to withdraw as counsel of record (Filing No. 17) is granted and Tyrone E. Fahie is deemed withdrawn as counsel of record for Defendants in this case. The Clerk of Court shall terminate electronic notice to Tyrone E. Fahie in this case.

Dated this 16th day of March, 2026.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge