IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NICHOLAS J. ELY,<br><br>    Plaintiff,<br><br> vs.<br><br>ROB JEFFREYS, Director of the Nebraska Department of Correctional Services, in his official capacity; and CRAIG GABLE, Warden of the Reception and Treatment Center, in his official capacity;<br><br>    Defendants. | 4:25CV3242<br><br><br>ORDER |

   **IT IS ORDERED** that the motion to withdraw as counsel of record (Filing No. 22) is granted and Sydney L. Hayes is deemed withdrawn as counsel of record for Plaintiff in this case. The Clerk of Court shall terminate electronic notice to Sydney L. Hayes in this case.

   Dated this 18ᵗʰ day of May, 2026.

           BY THE COURT:

           s/Michael D. Nelson
           United States Magistrate Judge